IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATLACK LEASING, LLC; PENN INTERMODAL LEASING, INC.; and VASILI KRISHNAMURTI; | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 09-1570 |
| v. | : : | |
| MORISON COGEN, LLP, and JAMES M. BURNS, CPA, | : : : | |
| Defendants. | : : | |

**O R D E R**

AND NOW, this 13th day of January, 2010, upon consideration of Motion of Defendants Morison Cogen, LLP and James M. Burns, CPA to Dismiss Plaintiffs' Complaint for Failure to State a Claim Upon Which Relief Can be Granted and For Failure to Join a Party Under Rule 19 (Document No. 11, filed June 16, 2009); Plaintiffs' Brief in Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint (Document No. 14, filed July 6, 2009); and Reply Brief in Further Support of Motion of Defendants Morison Cogen, LLP and James M. Burns, CPA to Dismiss Plaintiffs' Complaint for Failure to State a Claim Upon Which Relief Can be Granted and For Failure to Join a Party Under Rule 19 (Document No. 18, filed July 31, 2009) **IT IS ORDERED** as follows:

1. That part of defendants' Motion to Dismiss which seek dismissal of Counts II and III of the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED WITHOUT PREJUDICE**;

2. That part of defendants' Motion to Dismiss which seeks dismissal of Counts I, IV, V and VI of the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is **DENIED**;

3. That part of defendants' Motion to Dismiss which seeks dismissal of Count VI of the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(7) is **DENIED**.

**BY THE COURT:**

　　/s/ **Jan E. DuBois**

**JAN E. DUBOIS, J.**